IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| EDWIN ALFONSO-CRUZ, <br><br> Plaintiff, <br><br> v. <br><br> V. SUAREZ & CO., INC. *et al.*, <br><br> Defendant(s), | CIVIL NO. 15-2452 (JAG) |

## JUDGMENT

Pursuant to Plaintiff's Notice of Voluntary Dismissal, Docket No. 38, Judgment is hereby entered dismissing Plaintiff's claims WITH PREJUDICE. This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this 14th day of June, 2017

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE